■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY CORDERO, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Thorp, J.), rendered June 3, 1988.

Ordered that the judgment is affirmed *(see, People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816).

The defendant's contention that his plea was defective because there was no interpreter at the proceeding is without merit *(see, e.g., People v Navarro,* 134 AD2d 460). Mangano, J. P., Bracken, Rubin, Kooper and Rosenblatt, JJ., concur.